UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| SANDRA WALKER, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No.   1:13-cv-00259-GZS |
| ) | |
| RALPH NICHOLS, et al., ) | |
| ) | |
| Defendants ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 33) filed October 22, 2013, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED:**

1. That Defendants' motion to dismiss (ECF No. 28) is **GRANTED** as to all counts of the complaint to the extent the counts are brought against the moving defendants.

2. That Plaintiff shall have sixty (60) days from the date of this Order to identify her "John Doe" defendants and to amend her complaint by including identities and specific factual predicates upon which she would base a theory of liability as to any "John Doe" defendant. Failure to move to amend within said time limit shall result in dismissal with prejudice.

　　　　　　　　　　　　　　　　　　　　　　  /s/ George Z. Singal
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Dated this 13th day of November, 2013.